B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>**Southern District of Florida** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Pearl Artist & Craft Supply Corp.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**59-1657012** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1033 E Oakland Park Blvd.**<br>**Fort Lauderdale, FL**<br>ZIP Code **33334** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Broward** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(4/10)                                                                       **Page 2**

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Pearl Artist & Craft Supply Corp.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**Pearl Companies, Inc.** | Case Number:<br>**10-19336** | Date Filed:<br>**4/09/10** |
| District:<br>**Southern District of Florida** | Relationship:<br>**Parent Company** | Judge:<br>**JKO** |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)          (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

   ☐ Yes, and Exhibit C is attached and made a part of this petition.

   ■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

   ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

   ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

   ■     Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

   ■     There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

   ☐     Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

   ☐     Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

           _____

           (Name of landlord that obtained judgment)

           _____

           (Address of landlord)

   ☐     Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

   ☐     Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

   ☐     Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                      Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**

**Pearl Artist & Craft Supply Corp.**

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

#### Signature of Attorney*

X **/s/ Martin L. Sandler** _____
Signature of Attorney for Debtor(s)

**Martin L. Sandler 0070370**
Printed Name of Attorney for Debtor(s)

**SANDLER & SANDLER**
Firm Name

**By M.L. Sandler, P.A.**
**P O Box 402727**
**Miami Beach, FL 33140**

_____
Address

                    **Email: martin@sandler-sandler.com**
**305-379-6655  Fax: 786-472-7077**
Telephone Number

**April 10, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Rosalind Perlmutter** _____
Signature of Authorized Individual

**Rosalind Perlmutter**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**April 10, 2010**
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re __Pearl Artist & Craft Supply Corp.__

Debtor(s)

Case No. _____

Chapter __11__

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| 3MJ Mass Ave, LLC<br>563 Massachusetts Avenue<br>Cambridge, MA 02139 | 3MJ Mass Ave, LLC<br>563 Massachusetts Avenue<br>Cambridge, MA 02139 | Rent | Unliquidated<br>Disputed | 164,229.96 |
| 655 Merrick LLC<br>C/O Pergament Properties<br>1500 Old Northern Boulevard<br>Roslyn, NY 11576 | 655 Merrick LLC<br>C/O Pergament Properties<br>1500 Old Northern Boulevard<br>Roslyn, NY 11576 | Rent | Unliquidated<br>Disputed | 163,251.47 |
| A&R Woodbridge Shopping Ctr<br>Cash Management Account<br>P.O. Box 9622<br>Uniondale, NY 11555-9622 | A&R Woodbridge Shopping Ctr<br>Cash Management Account<br>P.O. Box 9622<br>Uniondale, NY 11555-9622 | Rent | Unliquidated<br>Disputed | 124,997.24 |
| Alvin & Co. Inc.<br>P.O. Box 847232<br>Boston, MA 02284-7232 | Alvin & Co. Inc.<br>P.O. Box 847232<br>Boston, MA 02284-7232 | | | 122,091.33 |
| Canson Inc.<br>Attn: Accounts Receivable<br>21 Industrial Drive<br>South Hadley, MA 01075 | Canson Inc.<br>Attn: Accounts Receivable<br>21 Industrial Drive<br>South Hadley, MA 01075 | | | 231,594.38 |
| Crescent Cardboard Co.<br>35243 Eagle Way<br>Chicago, IL 60678-1352 | Crescent Cardboard Co.<br>35243 Eagle Way<br>Chicago, IL 60678-1352 | | | 88,424.20 |
| Daler Rowney Usa<br>P.O. Box 413<br>Cranbury, NJ 08512-9584 | Daler Rowney Usa<br>P.O. Box 413<br>Cranbury, NJ 08512-9584 | | | 135,197.10 |
| Elmers Products Inc<br>P.O. Box 8500-53882<br>Philadelphia, PA 19178-3882 | Elmers Products Inc<br>P.O. Box 8500-53882<br>Philadelphia, PA 19178-3882 | | | 211,083.04 |
| Emser LLC<br>8431 Santa Monica Blvd.,<br>Los Angeles, CA 90069-4294 | Emser LLC<br>8431 Santa Monica Blvd.,<br>Los Angeles, CA 90069-4294 | Rent | Unliquidated<br>Disputed | 118,755.00 |
| Federal Plaza (130-1215)<br>C/O Fed Rlty Investment Trust<br>P.O. Box 8500-9320<br>Philadelphia, PA 19178-9320 | Federal Plaza (130-1215)<br>C/O Fed Rlty Investment Trust<br>P.O. Box 8500-9320<br>Philadelphia, PA 19178-9320 | Rent | Unliquidated<br>Disputed | 115,762.90 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Pearl Artist & Craft Supply Corp.**                              Case No. _____
                            Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Geering Family Ltd. Partnership<br>28 Fairview Terrace<br>Paramus, NJ 07652 | Geering Family Ltd. Partnership<br>28 Fairview Terrace<br>Paramus, NJ 07652 | Rent | Unliquidated<br>Disputed | 105,109.75 |
| Golden Artist Colors Inc<br>188 Bell Road<br>New Berlin, NY 13411-9527 | Golden Artist Colors Inc<br>188 Bell Road<br>New Berlin, NY 13411-9527 | | | 142,248.68 |
| Martin F. Weber Company<br>P.O. Box 44719<br>Madison, WI 53744-4719 | Martin F. Weber Company<br>P.O. Box 44719<br>Madison, WI 53744-4719 | | | 88,401.49 |
| Med-Mac Realty Co, Inc.<br>c/o Daniel Fass<br>170 Hamilton Ave, Suite 318<br>White Plains, NY 10601 | Med-Mac Realty Co, Inc.<br>c/o Daniel Fass<br>170 Hamilton Ave, Suite 318<br>White Plains, NY 10601 | Lawsuit | Unliquidated<br>Disputed | 373,567.47 |
| Miami-Dade Tax Collector<br>140 W.Flagler Street<br>Miami, FL 33130-1575 | Miami-Dade Tax Collector<br>140 W.Flagler Street<br>Miami, FL 33130-1575 | Taxes | | 116,763.83 |
| Powers Ferry Square<br>C/O Regency Centers Lp<br>P.O. Box 532955<br>Atlanta, GA 00030-3537 | Powers Ferry Square<br>C/O Regency Centers Lp<br>P.O. Box 532955<br>Atlanta, GA 00030-3537 | | Unliquidated<br>Disputed | 88,735.06 |
| Royal Brush Mfg, Inc<br>6707 Broadway<br>Merrillville, IN 46410 | Royal Brush Mfg, Inc<br>6707 Broadway<br>Merrillville, IN 46410 | | | 88,696.00 |
| Sanford LP<br>75 Remittance Drive<br>Suite# 1167<br>Chicago, IL 60675-1167 | Sanford LP<br>75 Remittance Drive<br>Suite# 1167<br>Chicago, IL 60675-1167 | | | 125,131.55 |
| Strathmore Artist Papers<br>Department 59755<br>Milwaukee, WI 53259-0755 | Strathmore Artist Papers<br>Department 59755<br>Milwaukee, WI 53259-0755 | | Unliquidated | 100,531.19 |
| Tara Materials Inc<br>P.O. Box 102560<br>Atlanta, GA 30368-2560 | Tara Materials Inc<br>P.O. Box 102560<br>Atlanta, GA 30368-2560 | | Unliquidated | 332,060.08 |

B4 (Official Form 4) (12/07) - Cont.
In re   **Pearl Artist & Craft Supply Corp.**                                      Case No. _____
                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

   I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have
read the foregoing list and that it is true and correct to the best of my information and belief.

Date   4/7/10                              Signature   _____
                                                        **Rosalind Perlmutter**
                                                        **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

```
3M #Rjv6142
2807 Paysphere Circle
Chicago, IL 60674


3MJ Mass Ave, LLC
563 Massachusetts Avenue
Cambridge, MA 02139


417 South Street Realty Corp
1033 E Oakland Park Blvd.
Fort Lauderdale, FL 33334


655 Merrick LLC
C/O Pergament Properties
1500 Old Northern Boulevard
Roslyn, NY 11576


A&M Tape And Packaging
P.O. Box 451237
Sunrise, FL 33345-1237


A&R Woodbridge Shopping Ctr
Cash Management Account
P.O. Box 9622
Uniondale, NY 11555-9622


A.W. Faber Castell Usa
P.O. Box 634500
Cincinnati, OH 45263-4500


A.W.T. World Trade, Inc.
4321 N. Knox Ave.
Chicago, IL 60641-1906


AA Garage Door Corp
2110 Antom Drive
Dania Bch, FL 33312


Acco Brands
75 Remittance Drive
Suite 1187
Chicago, IL 60675-1187
```

Activa Products Inc.
512 S. Garrett Street
Marshall, TX 75670


ADT Security Services, Inc.
c/o Euler Hermes UMA
600 S 7th Street
Louisville, KY 40201


ADT Security Services, Inc.
c/o Barry Serota and Assoc.
POB 1008
Arlington Heights, IL 60006


Aetna Glass
1701 N Greenville
Suite 400
Richardson, TX 75081


Aitoh Co.
362 Littlefield Avenue
S San Francisco, CA 94080


All-Guard Alarm System's, Inc
23194 Kidder Street
Hayward, CA 94545


Alumicolor
P.O. Box "O"
Ft. Collins, CO 80522


Alvin & Co. Inc.
P.O. Box 847232
Boston, MA 02284-7232


America's Best Bottled Water, Inc
P.O. Box 14115
Hauppauge, NY 11788


American Art Clay Company Inc
6060 Guion Road
Indianapolis, IN 46254-1222

American National Realty Corp
7860 Peters Road
Suite F-101
Plantation, FL 33324


Ampersand Art Supply Inc
1500 East 4th Street
Austin, TX 78702


AMPF Inc
33-02 48th Avenue
Long Is City, NY 11101


JeanAnderson
7 RUSSELL RD
GARDEN CITY, NY 11530


JockAnderson
7 RUSSELL RD
GARDEN CITY, NY 11530


Ann Anovitz Associates
222 S Morgan Street  3A
Chicago, IL 60607


AntoinetteAntoine
5005 SW 18th Street
Westpark, FL 33023


KatherineArchie
5 MARTIN PLACE
SYOSSET, NY 11791


Arcor Electronics
5689 West Howard Street
Niles, IL 60714


Armadillo Art & Craft Prod.
P.O. Box A
Belle Mead, NJ 08502


CristinaArnold
5951 NE 2ND TERRACE
FT LAUDERDALE, FL 33334

Art Boards
612 Degraw Street
Brooklyn, NY 11217


Art Clay World Usa
4535 Southwest Highway
Oak Lawn, IL 60453


Art Materials Service
625 Joyce Kilmer Avenue
New Brunswick, NJ 08901-3307


Artograph Inc.
2838 Vicksburg Lane N
Plymouth, MN 55447


AT&T
P.O. Box 105262
Atlanta, GA 30348-5262


Atlas Transport Logistics
6800 S.W. 40th Street
Suite 384
Miami, FL 33155


Auto Air Colors
P.O. Box 120
East Granby, CT 06026


B-Mar Associates
P.O. Box 330010
Coconut Grove, FL 33233


B-P Trucking, Inc.
47-65 Nickerson Road
Ashland, MA 01721


Badge-A-Minit, Ltd
345 N Lewis Avenue
Oglesby, IL 61348


Badger Air Brush Co.
P.O. Box 5948
Carol Stream, IL 60197-5948

OsvaldoBaerga
851 BARBERRY RD
HIGHLAND PARK, IL 60035


DhanmattieBalram
566 NE 36TH STREET, Apt B
OAKLAND PARK, FL 33334


BankAtlantic
2100 W Cypress Creek Road
Fort Lauderdale, FL 33309


BankDirect
Two Conway Park
150 North Field Dr
Suite 190
Lake Forest, IL 60045


PatrickBarnes
1305 Avy Street
Hillside, NJ 07205


Barronarts  LLC
B'klyn.Navy Yd.,Bldg.280,#501
63 Flushing Ave., Unit 196
Brooklyn, NY 11205


Beadalon / Wire And Cable
440 Highlands Blvd.
Coatesville, PA 19320


SymphorineBelizaire
3571 NW 34TH TERRACE
LAUDERDALE LAKES, FL 33309


Benjamin Moore & Co
P.O.Box 4023
Church Street Station
New York, NY 10261-4023


Berry Network Inc
P.O. Box 7109
Cincinnati, OH 45271-0909

JessicaBlakely
2539 S Darien Street
PHILADELPHIA, PA 19148


Blue Moon Beads
P.O. Box 776019
Chicago, IL 60677-6000


Herbert J.Boast
231 West U.S. Highway 30
Valparaiso, IN 46385


Borden & Riley Paper Co. Inc.
P.O. Box 23309
Hollis, NY 11423


FransBoukas
10809 Littleford Lane
Kensington, MD 20895


BiancaBrandt
93 Whiskey Road
Middle Island, NY 11953


JamesBranham
1910 Madison Street
Hollywood, FL 33020


Rose MarieBray
3351 NW 15th Place
Ft Lauderdale, FL 33311


RobertBresemann
3221 NORTH LEAVITT 2ND FLR
CHICAGO, IL 60618


WilliamBrownell
426 Ridgefield Road
Hauppauge, NY 11788


Bruce Mcgaw Graphics Inc
100 Dutch Hill Road
Orangeburg, NY 10962

MaryBurley
304 SE 10TH AVENUE, APT A
POMPANO BEACH, FL 33062


C-Thru Ruler Co.
P.O. Box 356
Bloomfield, CT 06002


C.S. Osborne & Co.
125 Jersey Street
Harrison, NJ 07029-1798


C2F
P.O. Box 1417
Beaverton, OR 97075-1417


GeraldineCalhoun
9 OLD MILL CT, APT D
ROCKVILLE CENTRE, NY 11570


LauraCamarda
1521 Flanders Road
Flanders, NY 11901


Canson Inc.
Attn: Accounts Receivable
21 Industrial Drive
South Hadley, MA 01075


Capital Elevator Services, Inc
70 Industrial Park Drive
Suite #3J
Waldorf, MD 20602-2707


RobertCarducci
137 Bedford Avenue
Iselin, NJ 08830


CBS Technologies Corp
2990 Express Drive South
Islandia, NY 11749


RaChan
27 Haskell Street, Apt. 3
Allston, MA 02134

Chartpak-Clearprint
P.O. Box 847049
Boston, MA 02284-7049


Chicago Franklin Realty Corp
1033 E. Oakland Park Blvd.
Fort Lauderdale, FL 33334


Chroma Acrylics
205 Bucky Drive
Lititz, PA 17543


AlbertaCine
3621 NW 28th Court
LAUDERDALE LAKES, FL 33311


City Of Atlanta
Dept. Of Watershed Management
P.O. Box 105275
Atlanta, GA 30348-5275


City Of Philadelphia
Real Estate Tax
P.O. Box 8409
Philadelphia, PA 19101-8409


City Of Tampa Utilities
P.O. Box 30191
Tampa, FL 33630-3191


Claredon Textiles
The CIT Group/Commercial Svc
Post Office Box 1036
Charlotte, NC 28201-1036


Colart Americas, Inc.
11 Constitution Avenue
Piscataway, NJ 08855-1396


Color Aid Corp
38 Lafayette Street
Hudson Falls, NY 12839

Color Wheel Company
P.O. Box 130
Philomath, OR 97370


Complementary Coatings Corp.
Dba - Insl-X
P.O. Box 5421
New York, NY 10087-5421


Complete Building Services
936-B Seventh Street
#239
Novato, CA 94945-3000


Complete Framer's Supply Inc
3617 Sw 30th Ave
Ft Lauderdale, FL 33312


Cook County Treasurer
P.O. Box 4488
Carol Stream, IL 60197-4888


Cousin Corp Of America
P. O. Box 2939
12333 Enterprise Blvd
Largo, FL 34649-2939


CortneyCox
17 EDINBORO STREET
BOSTON, MA 02111


CPE (Consumer Product Ent.)
P.O. Box 60401
Charlotte, NC 28260-0401


Crayola LLC.
POB 93210
Chicago, IL 60673-3210


Createx Colors
P.O. Box 120
East Granby, CT 06026

Creative Art Materials, Ltd.
4310 Cranwood Parkway
Warrensville, OH 44128


Creative Hobbies Inc
900 Creek Road
Bellmawr, NJ 08031-1687


Creative Paperclay Co.
79 Daily Drive
Suite 101
Camarillo, CA 93010


Crescent Cardboard Co.
35243 Eagle Way
Chicago, IL 60678-1352


CT Corporation System
P.O. Box 4349
Carol Stream, IL 60197-4349


Dahle North America, Inc.
49 Vose Farm Road
Peterborough, NH 03458


Daler Rowney Usa
P.O. Box 413
Cranbury, NJ 08512-9584


Darice Inc.
4446 Solutions Center
Chicago, IL 60677-4004


Daszkal Bolton LLP
2401 NW Boca Raton Blvd.
Boca Raton, FL 33431-6632


JenniferDavenport
4204 The Valley Ne
Atlanta, GA 30328


JosephDeans
336 Madison Street
Linden, NJ 07036

Deco Art
P.O. Box 297
Stanford, KY 40484


Decor Moulding Ltd.
300 Wireless Blvd
Hauppauge, NY 11788


Deer Park
P.O. Box 856192
Louisville, KY 40285-6192


Dell Marketing Lp
C/O Dell Usa Lp
P.O. Box 534118
Atlanta, GA 30353-4118


Delta Creative
2690 Pellissier Place
Richmond, CA 90601


Dependable Packaging Solutions
1361 Nw 155th Drive
Miami Gardens, FL 33169


Design Guild Moulding
C/O Peter Doumani, Receiver
P.O. Box 35558
Los Angeles, CA 90035-2630


Direct Energy Business
1001 Liberty Avenue
Pittsburgh, PA 15222


Diversified Brands
A Div. Of Sherwin-Williams
P.O. Box 402339
Atlanta, GA 30384-2339


RichardDominguez
600 ROCKLAND ST.
WESTBURY, NY 11590

Dominion Virginia Power
P.O. Box 26543
Richmond, VA 23290-0001


Done Right Landscape
2530 West 78 Street
Bay #2
Hialeah, FL 33016


JamesDufresne
2201 SAN ANTONIO
ALAMEDA, CA 94501


LisaDunbar (Hebert)
2514 E Townsend St
PHILADELPHIA, PA 19125


CarolynDykes
PO Box 50771
Arlington, VA 22205


Eagle Computers, Inc.
379 Kendrick Road
Zebulon, GA 30295


Economy Homeware/Hardware
P.O. Box 391648
Cambridge, MA 02139


Eddie's Trucking Service
P.O. Box 579
Westwood, NJ 07675


Edward C. Lyons Co.
3646 White Plains Road
Bronx, NY 10467


EK Success Ltd.
c/o Wilton Products, Inc.
24485 Network Place
Chicago, IL 60673-1244


MelissaEllis
24 Monroe Place
Hempstead, NY 11550

Elmers Products Inc
P.O. Box 8500-53882
Philadelphia, PA 19178-3882


Emser LLC
8431 Santa Monica Blvd.,
Los Angeles, CA 90069-4294


Energy Management Systems
Accounts Receivable Dept 351
P.O. Box 538
Malvern, PA 19355-0538


Engelsen Frame & Moulding
2250 10th Street Se
Largo, FL 33771


Environmental Technology Inc
P.O. Box 365
Fields Landing, CA 95537


Eric Schmertz
75 Rockefeller Plaza, 16th Floor
New York, NY 10019


Estate 22 Properties LLC
C/O Levin Management Corp.
P.O. Box 326
Plainfield, NJ 07061-0326


Eugene Chernin Co.
1401-09 Germantown Ave.
Philadelphia, PA 19122-3799


AdrienneEwen
1318 Moore Street, Apt 2
Philadelphia, PA 19148


DonnaEwing
2627 NW 47th Lane
Lauderdale Lakes, FL 33313


Excel Hobby Blades
481 Getty Avenue
Paterson, NJ 07503

Federal Plaza (130-1215)
C/O Fed Rlty Investment Trust
P.O. Box 8500-9320
Philadelphia, PA 19178-9320


Fedex
P.O. Box 94515
Palatine, IL 60094-4515


KristinaFinan
5811 OAKLAND STREET
PHILADELPHIA, PA 19149


Fiskars Mfg Co
P.O. Box 802587
Chicago, IL 60680-2587


Flambeau Products Corp.
NW 5581
P.O. Box 1450
Minneapolis, MN 55485-5581


TomFleck
301 Strawberry Wynde
Marietta, GA 30064


Fletcher Terry Company
65 Spring Lane
Farmington, CT 06032


Flipside
7624 Reinhold Drive
Cincinnati, OH 45237


FM Brush Co,Inc.
70-02 72nd Place
Glendale, NY 11385


FPC Corp.
355 Hollow Hill Drive
Wauconda, IL 60084


FPL
General Mail Facility
Miami, FL 33188-0001

```
Frame Tek
521-D Market Street
Eugene, OR 97402


Framing Fabrics International
6001 Santa Monica Blvd.
Los Angeles, CA 90038


Frank Tiano Enterprises
3607 Ventura Drive E.
Lakeland, FL 33811-1229


Fulton Co. Tax Commissioner
POB 105052
Atlanta, GA 30348


Gagne Inc.
P.O. Box 487
Johnson City, NY 13790-0487


Gamax Maintenance Services
6826 Peach Avenue
Van Nuys, CA 91406


Gamblin Artist Colors
P.O. Box 15009
Portland, OR 97293


LiyaGebregzabhre
174 Normandy Hill Drive
Alexandria, VA 22304


Geering Family Ltd. Partnership
28 Fairview Terrace
Paramus, NJ 07652


Gemline Frame Co.
Dept. 8553
Los Angeles, CA 90084-8553


General Pencil Co. Inc.
67 Fleet Street
Jersey City, NJ 07306
```

Giant Mechanical Engineering
4315 N. Elston Avenue
Chicago, IL 60641


PatriciaGillespie
41 Summer Street
Natick, MA 01760


Glenside Graphic Products
16 Glenside Drive
West Orange, NJ 07052


Global Art Material Services
2815 Mercier Street
Kansas City, MO 64108


KyleGoderwis
1805 Ridgeway Avenue Nw
Atlanta, GA 30318


Gold Leaf & Metallic Powders
6001 Santa Monica Blvd
Los Angeles, CA 90038-2610


Golden Artist Colors Inc
188 Bell Road
New Berlin, NY 13411-9527


Golden Gate Disposal
P.O. Box 60846
Los Angeles, CA 90060-0846


KevinGordon
2121 SPARROW WAY
BENSALEM, PA 19020


Grainger
Dept. 806114856
P.O. Box 419267
Kansas City, MO 64141-6267


Graphic Art Systems Inc.
5800 Pennsylvania Ave.
Maple Heights, OH 44137

Graphic Chemical
P.O. Box 7027
728 N.Yale Ave
Villa Parks, IL 60181-7027


Graphic Products Corporation
455 Maple Avenue
Carpentersville, IL 60110-3004


Greater S Dade/S Miami C Of C
6410 Sw 80th Street
So Miami, FL 33143-4602


Grecian & Co., Inc.
P.O. Box 2947
Lake City, FL 32056


AnneGreen
1500 S Ocean Dr
Hollywood, FL 33019


Guardian Protection Services
174 Thorn Hill Road
Warrendale, PA 15086


Guerrini International
P.O. Box 41428
Brecksville, OH 44141


CarlGuido
382 Henderson Ave
Staten Island, NY 10310


Hachette Book Group
Chronicle Books
P.O. Box 8828
Boston, MA 02114-8828


VeronicaHaley
14 Lehigh Lane
Farmingville, NY 11738


Hartford Insurance Company
P.O. Box 410024
Salt Lake City, UT 84141-0024

BenHebboul
2704 Townhouse Drive
Coram, NY 11727


Heckscher Selden LLC
POB 278
Manhasset, NY 11030


RobertHershman
366 RT 18 C3
EAST BRUNSWICK, NJ 08816


PatriciaHillman
589 E GODFREY AVE
PHILADELPHIA, PA 19120


HK Holbein Inc
P.O. Box 555
Williston, VT 05495-0555


Horizon Station LLC
P.O. Box 100569
Atlanta, GA 30384-0569


LeonylHouse
5808 N Winthrop Ave
CHICAGO, IL 60660


DorothyHug
876 Monroe Street
West Hempstead, NY 11552


Ikon Financial Services
P.O. Box 740540
Atlanta, GA 30374-0540


Ikon Office Solutions
Florida District
P.O. Box 532521
Atlanta, GA 30353-2521


Impex Systems Group, Inc.
2801 N.W. 3rd Ave.
Miami, FL 33127

Interart
P.O. Box 66549
Indianapolis, IN 46266


Irving Barall Revocable Trust
5000 N A1A, Apt. 534
Vero Beach, FL 32963


GeorgeIsaacs
41 MARTIN LUTHER KING DR, Apt B
HEMPSTEAD, NY 11550


Itoya Of America Ltd
800 Sandhill Avenue
Carson, CA 90746


ITW Performance Polymers
75 Remittance Drive
Suite 1168
Chicago, IL 60675-1168


Iwata - Medea Inc
1336 N. Mason Street
Portland, OR 97217


J & W Specialties, Inc.
231 White Oak Circle
Maitland, FL 32751


Jack Gill Company
234 Sandringham Road
Cherry Hill, NJ 08003-1550


Jack Richeson & Co Inc
P.O. Box 160
Kimberly, WI 54136-0160


Jamaica Ash & Rubbish Removal
P.O. Box 833
Westbury, NY 11590


ErlandeJean
7050 NW 44th Street, Apt. 102
Lauderhill, FL 33319

```
Jersey Paper Company
P.O. Box 6508
Edison, NJ 08818-6508


Jett Comm
P.O. Box 437
Austell, GA 30168


Jones Tones Inc.
33865 United Ave
Pueblo, CO 81001


K & S Engineering
6917 West 59th Street
Chicago, IL 60638


PaulKalcic
2279 47TH AVENUE
SAN FRANCISCO, CA 94116


MatthewKampsen
12414 N. 15th Street, Apt P
Tampa, FL 33612


DeborahKato
214 Bette Road
East Meadow, NY 11554


Kemper Tools
P.O. Box 2047
Chino, CA 91708


King Security Services, Inc.
1458 Howard Street
San Francisco, CA 94103


PaulKinkaid
1561 Fairway Drive, Apt. 201
Naperville, IL 60563


Kone Inc.
P.O. Box 429
Moline, IL 61266-0429
```

L.C. Anderson Inc
15 Soldiers Field Pl
Brighton, MA 02135


LA Dwp
P.O. Box 30808
Los Angeles, CA 90030-0808


Laird Plastics
158-25 Nw 15th Ave
Miami, FL 33169


Lamitech - Daving Inc
2110 Route 27th North
Edison, NJ 08817


Lamnico Inc
5200 N En 12th Ave
Ft Lauderdale, FL 33341


Larson Juhl
P.O. Box 102431
Atlanta, GA 30368-0431


JenniferLechler
2 E. Zane Avenue, Apt. 2
Collingswood, NJ 08108


NediaLee
538 NE 16th Court
Ft Lauderdale, FL 33305


Legion Paper Co.
11 Madison Avenue
New York, NY 10010-3680


Gilbert B.Lewis
1804 CATHARINE STREET, #T
PHILADELPHIA, PA 19146


Libeco Deco
Libeco.Lagae Nv
230 Fifth Avenue. Suite 1300
New York, NY 10001

Lion Brand Yarn
135 Kero Road
Carlstadt, NJ 07072


Lion Company Inc.
22 Carriage Drive
Lexington, MA 02420


James T.Lockhart
4924 West Iowa, Apt. 2
CHICAGO, IL 60651


Ruby L.Lockhart
6321 S WHIPPLE. Apt. 2
CHICAGO, IL 60629


Loew Cornell Inc
3062 Reliable Parkway
Chicago, IN 60686-0030


Logan Graphic Products, Inc.
1100 Brown Street
Wauconda, IL 60084


Long Island Power Authority
POB 9039
Hicksville, NY 11802-9685


TyrusLytton
2628 E Albert Street
Philadelphia, PA 19125


M & M Distributors
P.O. Box 189
Tennent, NJ 07763


ChristopherMaffia
3 Beavers Court
Stafford, VA 22556


Malden Int'l Designs
20 Kendrick Road
Wareham, MA 02571

Market Street Realty Corp
1033 E Oakland Park Blvd.
Fort Lauderdale, FL 33334


Martin F. Weber Company
P.O. Box 44719
Madison, WI 53744-4719


Martin Universal Design, Inc
P.O. Box 44719
Madison, WI 53744-4719


JamesMartin
30 E Elm St  Apt 3F
Linden, NJ 07036


TheodoreMartin
856 Ponce de Leon, 11-B
Atlanta, GA 30306


Masterson Art Products, Inc.
P.O. Box 11301
Phoenix, AZ 85017-1301


Mayline Company Inc
Dept 5236
P.O. Box 3090
Milwaukee, WI 53201-3090


Sherry SueMc Morrow
37 OAKBROOK PL
SOMERSET, NJ 08873


MCS Industries, Inc
P.O. Box 677547
Dallas, TX 75267-7547


Med-Mac Realty Co, Inc.
c/o Daniel Fass
170 Hamilton Ave, Suite 318
White Plains, NY 10601


Miami-Dade Tax Collector
140 W.Flagler Street
Miami, FL 33130-1575

```
Midco Waste #689
P.O. Box 9001099
Louisville, KY 40290-1099


Midtown Sign Services, Inc.
39-20 24th Street
Long Islandcity, NY 11101


Midwest Products Co Inc
P.O. Box 564
Hobart, IN 33020-6141


Momenta
P.O. Box 847158
Boston, MA 02284-7158


AnnMarieMonzon
3021 W. Oakland Forest Drive, Apt. 103
Oakland Park, FL 33309


Moore Push-Pin Co.
1300 E. Mermaid Lane
Wyndmoor, PA 19038-7664


Morex Corp.
P.O. Box 64446
Baltimore, MD 21264-4446


Morrison Cohen Llp
909 Third Avenue
New York, NY 10022


StaceyMoss
712 SE 7TH AVE
POMPANO BEACH, FL 33060


MTS Frames
P.O. Box 454
Clifton, NJ 07015


Mark E.Musich
2422 WEST WINNEMAC
CHICAGO, IL 60625
```

```
EgilsonNascimento
10870 SW 156 St.
Miami, FL 33157


JenniferNathan
4000 NW 44th Ave
LAUDERDALE LAKES, FL 33319


National Grid
P.O. Box 9037
Hicksville, NY 11802-9037


Nature Spring Water Co
55 Franklin Street
Needham, MA 02494


Neopost Leasing
P.O. Box 45840
San Francisco, CA 94145-0840


New League Cleaning Service, LLC
P.O. Box 56315
Philadelphia, PA 19130-6315


Nielsen & Bainbridge LLC
2577 Reliable Parkway
Chicago, IL 60686-0025


Nurre Caxton
4062 Reliable Parkway
Chicago, IL 60686-0040


DeborahO'Hara
241 NE 38th Street, #B303
Oakland Park, FL 33334


Olfa - North America
World Kitchen, Inc.
P.O. Box 911310
Dallas, TX 75391-1310


Omega Moulding Co.
1 Saw Grass Drive
Bellport, NY 11713
```

On Track Freight Systems Exp
50 Jefryn Blvd
Deer Park, NY 11729


One Shot LLC
Spraylat Corp.
24268 Network Place
Chicago, IL 60673-1242


Orly Enterprises
106 Lexington Avenue
Brooklyn, NY 11238


Paasche Airbrush Co.
4311 N.Normandy Avenue
Chicago, IL 60634-1395


Paetec
P.O. Box 3243
Milwaukee, WI 53201-3243


Pantone, Inc.
P.O. Box 633354
Cincinnati, OH 45263-3354


TracyParson
671 SW 7th Street, Apt 1
POMPANO BEACH, FL 33060


Party Rental Tents
4491 S.W. 4th Street
Miami, FL 33134


Pebeo Of America Inc.
1905 Roy Street
Sherbrooke
Quebec, Canada J1K2X5


Peco Energy
P.O. Box 13437
Philadelphia, PA 19162-0437


Pentel Of America Ltd.
P.O. Box 2823
Torrance, CA 90509-2823

JoannePerkins
1919 Selene Ave
South Plainfiled, NJ 07080


Perlmutter Management
1033 E Oakland Blvd
Fort Lauderdale, FL 33334


LakeshaPhillips
3224 W. Lexington, 2nd floor
Chicago, IL 60624


Phoenix Brands, LLC.
Msc - 410695
P.O. Box 41500
Nashville,, TN 37241-5000


Pilot Corp. Of America
Dept. 0271
P.O. Box 120271
Dallas, TX 75312-0271


Plaid Enterprises Inc.
P.O. Box 101151
Atlanta, GA 30392


Plastruct
1020 S. Wallace Place
Cty.Of Industry, CA 91748


AlbertPodob
80-05 165 ST
Hillcrest, NY 11432


EdwardPodrazik
6001 S Komensky Ave
CHICAGO, IL 60629


Polyform Products Co.
1901 Estes Avenue
Elk Grove Village, IL 60007-5415

```
Powers Ferry Square
C/O Regency Centers Lp
P.O. Box 532955
Atlanta, GA 00030-3537


Prat Paris, Inc.
1 Corporate Drive
Grantsville, MD 21536


Press Room, The
3721 Sw 47th Avenue
Suite #301
Ft Lauderdale, FL 33314


MisdalyPrieto (Gonzalez)
9760 Nw 25 Court
Sunrise, FL 33322


Princeton Art & Brush Co.
Suite 123 Cn 5256
Princeton, NJ 08543


Pro Tapes & Specialties
P.O. Box 53026
Newark, NJ 07101-5326


Protective Lining Corp.
601 39th Street
Brooklyn, NY 11232-3199


Provident Packaging Corp
8701 Torresdale Ave (Rear)
Philadelphia, PA 19136


Pyramid House Ltd.
493 Flushing Ave
Brooklyn, NY 11205


Quill Corporation
P.O. Box 37600
Philadelphia, PA 19101-0600
```

Qwest Communications Corp.
Residential Services
P.O. Box 856171
Louisville, KY 40285-6171


R&F Handmade Paints Inc.
84 Ten Broeck Ave
Kingston, NY 12401


Real Good Toys
10 Quarry Hill
Barre, VT 05641


Regent Products Corp.
Dept. 77-2688
Chicago, IL 60678-2688


Rexel Consolidated
Dept At 40191
Atlanta, GA 31192-0191


AquailyaRice
1005 Clarion Ct
Austell, GA 30106


RuthRidder
5801 Long Oak Drive
Bethesda, MD 20814


FernandoRivera
2550 NE 51 Street
Ft Lauderdale, FL 33308


Robert Douglas
767 Addison Street
Woodmere, NY 11598


NicoleRobilotta
29 Birchwood Road
Coram, NY 11727


DennisRobinette
2112 W Powhatan
Tampa, FL 33603

RitaRobles
109 LAKE EMERALD DR, #107
OAKLAND PARK, FL 33309


Rosalind Perlmutter
1033 E Oakland Park Blvd
Fort Lauderdale, FL 33334


Royal Brush Mfg, Inc
6707 Broadway
Merrillville, IN 46410


Royal Miniatures
7033 Canoga Avenue
Suite #5
Canoga Park, CA 91303


Rupert Gibbon & Spider Inc.
P.O.Box 425
Healdsburg, CA 95448


Safari Limited
P.O Box 201650
Dallas, TX 75320-1650


Sakura Of America
30780 San Clemente Street
Hayward, CA 94544


JennySaladini
5530 North Morgan Street, #203
Alexandria, VA 22312


Salis International
301 Commercial Road
Suite G
Golden, CO 80401


JamesSalvato
122 BUCKET LANE
LEVITTOWN, NY 11756

San Francisco County
Tax Collector
P.O. Box 7426
San Francisco, CA 94120-7426


San Francisco Tax Collector
Real Estate Tax
P.O. Box 7427
San Francisco, CA 94120-7427


Sanford LP
75 Remittance Drive
Suite# 1167
Chicago, IL 60675-1167


MarleneSantavicca
1152 BELLEAIR RD
CLEARWATER, FL 33756


Sargent Art, Inc.
100 East Diamond Ave.
Hazleton, PA 18201-0218


SAS Group
Wells Fargo Century Corp
P.O. Box 360286
Pittsburgh, PA 15250-6286


DouglasSaul
908 Lakewood Ave
Tampa, FL 33613


Save That Stuff Inc
100 Terminal Street
Charlestown, MA 02129-1980


Scana Energy
P.O. Box 100157
Columbia, SC 29202-3157


Barbara A.Scott
281 GRADY DR
WOODBRIDGE, NJ 07095

```
MatthewScott
281 GRADY DR
WOODBRIDGE, NJ 07095


Sculpture House Inc.
Standard Clay Mines
P.O. Box 69
Skillman, NJ 08558


KathleenSeijo
303 Manor Ave
Woodbridge, NJ 07095


Sepp Leaf Products
381 Park Avenue South
Suite 1301
New York, NY 10016


FidelisSettle
11 Carter Terrace
Sommerville, MA 02143


Bhavana MShah
21 Mac Arthur Drive
Edison, NJ 08837


RachelShaw
406 Vine Street
PHILADELPHIA, PA 19106


Shinhan International, Inc
113 De Witt Street
Suite#212
Garfield, NJ 07026


Shinhan Usa
47 Independence Street
Berkely Springs, WV 25411


Shoppers' Critique Intern'l
1969 Corporate Square
Longwood, FL 32750
```

Simplex Grinnell
91 N. Mitchell Court
Addison, IL 60101


SLS Arts
5524 Mounes
New Orleans, LA 70123


Smithers Oasis
P.O. Box 790
Kent, OH 44240


Smooth On
2000 St John Street
Easton, PA 18042


Sottile Security Services Inc
40 Exchange Place Suite 200
New York, NY 10005


Source Interlink Dist.,LLC
75 Remittance Drive
Suite 6427
Chicago, IL 60675-6427


South Street Headhouse District
POB 63675
Philadelphia, PA 19147


Sparkle Window Cleaning, Inc.
P.O. Box 976
Coram, NY 11727


Speedball Art Products Co
P.O. Box 60348
Charlotte, NC 28260-0348


Sponge Company The
P.O. Box 229
Deer Park, NY 11729


Staedtler , Inc.
Dept 0244
Los Angeles, CA 90084-0244

Standard Coffee Service Co
640 Magazine Street
New Orleans, LA 70130


Staples Business Advantage
Dept. Atl
P.O. Box 405386
Atlanta, GA 30384-5386


Star Products
P.O. Box 532443
Charlotte, NC 28290-2443


State Of New Jersey
Litter Control Fee
P.O. Box 274
Trenton, NJ 08646-0274


EdwardStevens
6828 S. Trask Street, Apt 6
Tampa, FL 33616


LynneStolarik
868 E MEADOW AVE
East Meadow, NY 11554


Strategic Energy
Two Gateway Center
Pittsburgh, PA 15222


Strathmore Artist Papers
Department 59755
Milwaukee, WI 53259-0755


MichaelSullivan
37 Center Lane
Levittown, NY 11756


Sulyn Industries, Inc.
11927 W. Sample Rd.
Coral Springs, FL 33065


RobertSwainston
16 Dell Street
Somerville, MA 02145

T S Source, Inc.
7067 Michigan Isle Road
Lake Worth, FL 33467


Tampa Electric
P.O. Box 31318
Tampa, FL 33631-3318


Tara Materials Inc
P.O. Box 102560
Atlanta, GA 30368-2560


HelenTaylor
B-12 BAYSHORE DR
SOUTH AMBOY, NJ 08879


Testrite Visual Products, Inc
216 South Newman Street
Hackensack, NJ 07601


Joni M.Theodorsen
400 Perkins #109
Oakland, CA 94610


Tombow
P.O. Box 116139
Atlanta, GA 30368-6139


TimothyTrimble
58 Gilroy Ave
Uniondale, NY 11553


TSF Sportswear
1501 W Copans Road
Suite# 103
Pompano Beach, FL 33064


LillianTullo
784 BAYBERRY ROAD
Franklin Square, NY 11010


Ubeda Gregory
14 Avenue Rachel
Paris, France 75018
Paris,France

Uchida Of America Corp
P.O. Box 30429
Los Angeles, CA 90051-0429


Uline
Attn: Accounts Receivable
2200 S. Lakeside Drive
Waukagan, IL 60085


Umbra
P.O. Box 8000
Dept. No. 554
Buffalo, NY 14267


Union Ink Company Inc
P.O. Box 822491
Philadelphia, PA 19182-2491


Union Rubber Inc
P.O. Box 1040
Trenton, NJ 08606-1040


United Mfrs Supplies Inc
P.O. Box 857
Syosset, NY 11791-0857


United Protective Alarm Services
205 W Houston Street
New York, NY 10014


Universal Arquati Moulding
21139 Centre Pointe Pkwy.
Santa Clarita, CA 91350


University Products, Inc.
P.O. Box 101
Holyoke, MA 01041-0101


Van Aken International
P.O. Box 1680
R. Cucamonga, CA 91729


Velcro Usa Inc
P.O. Box 414871
Boston, MA 02241-4871

```
Verizon
P.O. Box 15124
Albany, NY 12212


Verizon        MA
P.O. Box 1100
Albany, NY 12250-0001


Washington Gas
P.O. Box 37747
Philadelphia, PA 19101-5047


Waste Management Of Tampa
P.O. Box 105453
Atlanta, GA 30348-5453


Water Revenue Bureau
City Of Philadelphia
P.O. Box 41496
Philadelphia, PA 19101-1496


KurtWatkins
30 WOODLAWN
Rocky Point, NY 11778


AmelyaWilliams
1916 SW 11TH ST, APT 24
Ft Lauderdale, FL 33312


Yasutomo & Co.
490 Eccles Avenue
S.San Francisco, CA 94080


SuzanneYoung
22 Russet Lane
Halesite, NY 11743


WaveneyYounge
1316 Avon Lane, Bldg 7, Apt 16
North Lauderdale, FL 33068


Zucker Feather Products Inc.
P.O. Box 331
California, MO 65018
```